MICHAEL E. DERGOSITS (State Bar No. 118206)
TODD A. NOAH (State Bar No. 152328)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
E-mail:  mdergosits@dergnoah.com
         tnoah@dergnoah.com

Attorneys for Plaintiff
ORINDA INTELLECTUAL PROPERTIES
USA HOLDING GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORINDA INTELLECTUAL PROPERTIES USA HOLDING GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SONY CORPORATION; SONY ELECTRONICS CORPORATION; SONY COMPUTER ENTERTAINMENT, INC. and SONY COMPUTER ENTERTAINMENT AMERICA, INC., <br><br> Defendants. | Civil Action No. C 09-04920 EDL <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON DEFENDANTS' MOTION TO STAY AND THE INITIAL CASE MANAGEMENT CONFERENCE <br> AS MODIFIED |

The parties have scheduled a settlement conference on January 25, 2010 to discuss a possible resolution of this case.  Therefore, pursuant to Civil L.R. 6-1(b), the parties, by and through their respective counsel, hereby agree and stipulate that the hearing date for defendants' motion to stay,

-1-

currently scheduled for February 9, 2010, be continued to February 23, 2010. Plaintiff's opposition brief would be due on February 2, 2010 and defendants' reply brief would be due on February 9, 2010.

The parties also stipulate that the Initial Case Management Conference currently scheduled for January 26, 2010 at 3:00 p.m. be continued to March ~~15~~ 16, 2010, at ~~3:00 p.m.~~ 10:00 A.M.

IT IS SO STIPULATED.

                                      DERGOSITS & NOAH LLP

Dated: January 14, 2010                    By: /s/ Todd A. Noah
                                                        Todd A. Noah
                                                        Attorneys for Plaintiff
                                                       ORINDA INTELLECTUAL
                                                       PROPERTIES USA HOLDING GROUP, INC.

                                      LERNER, DAVID, LITTENBERG, KRUMHOLZ
                                           & MENTLIK, LLP

Dated: January 14, 2010                    By: /s/ Gregory S. Gewirtz
                                                        Gregory S. Gewirtz
                                                       Attorneys for Defendants
                                                       SONY CORPORATION et al.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Gregory S. Gewirtz.

                                      /s/ Todd A. Noah

IT IS SO ORDERED:

Dated: January 14, 2010                    *Elizabeth D. Laporte*
                                                       Hon. Elizabeth D. Laporte
                                                       United States Magistrate Judge

STIPULATION AND ORDER RE CONTINUANCE OF
MOTION TO STAY AND CMC
Civil Action No. C 09-04920 EDL