MICHAEL E. DERGOSITS (State Bar No. 118206)
TODD A. NOAH (State Bar No. 152328)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
E-mail:  mdergosits@dergnoah.com
             tnoah@dergnoah.com

Attorneys for Plaintiff
ORINDA INTELLECTUAL PROPERTIES
USA HOLDING GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ORINDA INTELLECTUAL PROPERTIES USA HOLDING GROUP, INC., | ) ) ) | Civil Action No. C 09-04920 EDL |
| Plaintiff, | ) ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON DEFENDANTS' MOTION TO STAY AND THE INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | ) ) ) | |
| SONY CORPORATION; SONY ELECTRONICS CORPORATION; SONY COMPUTER ENTERTAINMENT, INC. and SONY COMPUTER ENTERTAINMENT AMERICA, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties conducted an initial settlement conference on January 25, 2010 to discuss a possible resolution of this case and are currently engaged in further settlement discussions.  Therefore, pursuant to Civil L.R. 6-1(b), the parties, by and through their respective counsel, hereby agree and stipulate that the hearing date for defendants' motion to stay, currently scheduled for February 23, 2010, be continued

-1-

to March 16, 2010.  Plaintiff's opposition brief would be due on February 23, 2010 and defendants' reply brief would be due on March 2, 2010.

  The parties also stipulate that the Initial Case Management Conference currently scheduled for March 16, 2010 at 10:00 a.m. be continued to April 13, 2010, at 10:00 a.m.

  IT IS SO STIPULATED.

                  DERGOSITS & NOAH LLP

Dated:  January 29, 2010      By:  /s/  Todd A. Noah
                  Todd A. Noah
                  Attorneys for Plaintiff
                  ORINDA INTELLECTUAL
                  PROPERTIES USA HOLDING GROUP, INC.

                  LERNER, DAVID, LITTENBERG, KRUMHOLZ
                    & MENTLIK, LLP

Dated:  January 29, 2010      By:  /s/  Gregory S. Gewirtz
                  Gregory S. Gewirtz
                  Attorneys for Defendants
                  SONY CORPORATION et al.

  I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Gregory S. Gewirtz.

                /s/ Todd A. Noah

  IT IS SO ORDERED:

Dated:  February __1st__, 2010         *Elizabeth D. Laporte*
                  Hon. Elizabeth D. Laporte
                  United States Magistrate Judge