1  MICHAEL E. DERGOSITS (State Bar No. 118206)
   TODD A. NOAH (State Bar No. 152328)
2  DERGOSITS & NOAH LLP
   Three Embarcadero Center, Suite 410
3  San Francisco, California 94111
   Telephone: (415) 705-6377
4  Facsimile: (415) 705-6383
   E-mail:  mdergosits@dergnoah.com
5           tnoah@dergnoah.com

6  Attorneys for Plaintiff
   ORINDA INTELLECTUAL PROPERTIES
7  USA HOLDING GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORINDA INTELLECTUAL PROPERTIES USA HOLDING GROUP, INC., | ) ) | Civil Action No. C 09-04920 EDL |
|---|---|---|
| Plaintiff, | ) ) ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON DEFENDANTS' MOTION TO STAY AND THE INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | ) ) ) | |
| SONY CORPORATION; SONY ELECTRONICS CORPORATION; SONY COMPUTER ENTERTAINMENT, INC. and SONY COMPUTER ENTERTAINMENT AMERICA, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties conducted an initial settlement conference on January 25, 2010 to discuss a possible resolution of this case and are currently engaged in further settlement discussions. Therefore, pursuant to Civil L.R. 6-1(b), the parties, by and through their respective counsel, hereby agree and stipulate that the hearing date for defendants' motion to stay, currently scheduled for February 23, 2010, be continued

-1-

1 | to March 16, 2010. Plaintiff's opposition brief would be due on February 23, 2010 and defendants'
2 | reply brief would be due on March 2, 2010.

The parties also stipulate that the Initial Case Management Conference currently scheduled for March 16, 2010 at 10:00 a.m. be continued to April 13, 2010, at 10:00 a.m.

IT IS SO STIPULATED.

DERGOSITS & NOAH LLP

Dated: January 29, 2010          By: /s/ Todd A. Noah
                                     Todd A. Noah
                                     Attorneys for Plaintiff
                                     ORINDA INTELLECTUAL
                                     PROPERTIES USA HOLDING GROUP, INC.


LERNER, DAVID, LITTENBERG, KRUMHOLZ
  & MENTLIK, LLP

Dated: January 29, 2010          By: /s/ Gregory S. Gewirtz
                                     Gregory S. Gewirtz
                                     Attorneys for Defendants
                                     SONY CORPORATION et al.


I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Gregory S. Gewirtz.

/s/ Todd A. Noah


IT IS SO ORDERED:


Dated: February 1st, 2010        _____
                                 Hon. Elizabeth D. Laporte
                                 United States Magistrate Judge

-2-

STIPULATION AND ORDER RE CONTINUANCE OF
MOTION TO STAY AND CMC
Civil Action No. C 09-04920 EDL