MICHAEL E. DERGOSITS (State Bar No. 118206)
TODD A. NOAH (State Bar No. 152328)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
E-mail:  mdergosits@dergnoah.com
             tnoah@dergnoah.com

Attorneys for Plaintiff
ORINDA INTELLECTUAL PROPERTIES
USA HOLDING GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORINDA INTELLECTUAL PROPERTIES USA HOLDING GROUP, INC., | ) Civil Action No. C 09-04920 EDL |
| | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| Plaintiff, | ) **ORDER CONTINUING THE HEARING** |
| | ) **DATE ON DEFENDANTS' MOTION** |
| | ) **TO STAY AND THE INITIAL CASE** |
| vs. | ) **MANAGEMENT CONFERENCE** |
| | ) |
| | ) |
| SONY CORPORATION; SONY ELECTRONICS CORPORATION; SONY COMPUTER ENTERTAINMENT, INC. and SONY COMPUTER ENTERTAINMENT AMERICA, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

        The parties conducted an initial settlement conference on January 25, 2010 to discuss a possible

resolution of this case.  The parties thereafter participated in a conference call on February 4, 2010 with

Director Howard A. Herman of the Northern District of California ADR Program.  The parties explained

to Mr. Herman that they are currently engaged in settlement discussions and were in the process of

-1-

1  scheduling a second settlement conference.  The parties indicated to Mr. Herman that they planned to

2  file another stipulation with the Court seeking a continuance of the hearing date for defendants' motion

3  to stay and for the initial case management conference to enable the parties to continue their settlement

4  discussions.  The parties and Mr. Herman then agreed to schedule a follow-up ADR conference call on

5  April 22, 2010 for the parties to provide an update on the status of the settlement discussions.  Since the

6  February 4, ADR telephone conference, the parties have scheduled a second settlement conference on

7  February 25, 2010.

8         In view of the ongoing settlement discussions, pursuant to Civil L.R. 6-1(b), the parties, by and

9  through their respective counsel, hereby agree and stipulate that the hearing date for defendants' motion

10  to stay, currently scheduled for March 16, 2010, be continued to June 8, 2010.  Plaintiff's opposition

11  brief would be due on May 18, 2010 and defendants' reply brief would be due on May 25, 2010.

12        The parties also stipulate that the Initial Case Management Conference currently scheduled for

13  April 13, 2010 at 10:00 a.m. be continued to July 13, 2010, at 10:00 a.m.

14        IT IS SO STIPULATED.

15                                    DERGOSITS & NOAH LLP

16

17  Dated:  February 10, 2010            By:  /s/  Todd A. Noah
                                            Todd A. Noah
18                                          Attorneys for Plaintiff
19                                          ORINDA INTELLECTUAL
                                            PROPERTIES USA HOLDING GROUP, INC.
20

21

22                                    LERNER, DAVID, LITTENBERG, KRUMHOLZ
                                        & MENTLIK, LLP
23

24  Dated:  February 10, 2010            By:  /s/  Gregory S. Gewirtz
                                            Gregory S. Gewirtz
25                                          Attorneys for Defendants
                                            SONY CORPORATION et al.
26

27                                    -2-

28

1

     I attest under penalty of perjury that concurrence in the filing of this document has been obtained

2

from Gregory S. Gewirtz.

3

                               /s/ Todd A. Noah

4

5

     IT IS SO ORDERED:

6

7

Dated:  February __11_, 2010

8

                              Hon. Elizabeth D. Laporte

9

                              United States Magistrate Judge

-3-