MICHAEL E. DERGOSITS (State Bar No. 118206)
TODD A. NOAH (State Bar No. 152328)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
E-mail: mdergosits@dergnoah.com
tnoah@dergnoah.com

Attorneys for Plaintiff
ORINDA INTELLECTUAL PROPERTIES
USA HOLDING GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORINDA INTELLECTUAL PROPERTIES USA HOLDING GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SONY CORPORATION; SONY ELECTRONICS CORPORATION; SONY COMPUTER ENTERTAINMENT, INC. and SONY COMPUTER ENTERTAINMENT AMERICA, INC., <br><br> Defendants. | Civil Action No. C 09-04920 EDL <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON DEFENDANTS' MOTION TO STAY AND THE INITIAL CASE MANAGEMENT CONFERENCE |

The parties conducted an initial settlement conference on January 25, 2010 to discuss a possible resolution of this case. The parties thereafter participated in a conference call on February 4, 2010 with Director Howard A. Herman of the Northern District of California ADR Program. The parties explained to Mr. Herman that they are currently engaged in settlement discussions and were in the process of

-1-

STIPULATION AND ORDER RE CONTINUANCE OF
MOTION TO STAY AND CMC
Civil Action No. C 09-04920 EDL

scheduling a second settlement conference.  The parties indicated to Mr. Herman that they planned to file another stipulation with the Court seeking a continuance of the hearing date for defendants' motion to stay and for the initial case management conference to enable the parties to continue their settlement discussions.  The parties and Mr. Herman then agreed to schedule a follow-up ADR conference call on April 22, 2010 for the parties to provide an update on the status of the settlement discussions.  Since the February 4, ADR telephone conference, the parties have scheduled a second settlement conference on February 25, 2010.

      In view of the ongoing settlement discussions, pursuant to Civil L.R. 6-1(b), the parties, by and through their respective counsel, hereby agree and stipulate that the hearing date for defendants' motion to stay, currently scheduled for March 16, 2010, be continued to June 8, 2010.  Plaintiff's opposition brief would be due on May 18, 2010 and defendants' reply brief would be due on May 25, 2010.

      The parties also stipulate that the Initial Case Management Conference currently scheduled for April 13, 2010 at 10:00 a.m. be continued to July 13, 2010, at 10:00 a.m.

      IT IS SO STIPULATED.

DERGOSITS & NOAH LLP

Dated:  February 10, 2010                       By:  /s/  Todd A. Noah
                                                    Todd A. Noah
                                                    Attorneys for Plaintiff
                                                    ORINDA INTELLECTUAL
                                                   PROPERTIES USA HOLDING GROUP, INC.

LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP

Dated:  February 10, 2010                       By:  /s/  Gregory S. Gewirtz
                                                      Gregory S. Gewirtz
                                                   Attorneys for Defendants
                                                 SONY CORPORATION et al.

STIPULATION AND ORDER RE CONTINUANCE OF
MOTION TO STAY AND CMC
Civil Action No. C 09-04920 EDL

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Gregory S. Gewirtz.

/s/ Todd A. Noah

IT IS SO ORDERED:

Dated: February __11__, 2010

_Elizabeth D. Laporte_
Hon. Elizabeth D. Laporte
United States Magistrate Judge

-3-

STIPULATION AND ORDER RE CONTINUANCE OF
MOTION TO STAY AND CMC
Civil Action No. C 09-04920 EDL