1  PAUL L. GALE (SBN 65873)
   paul.gale@troutmansanders.com
2  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
3  Irvine, CA 92614-2545
   Telephone:    (949) 622-2700
4  Facsimile:    (949) 769-2052

5  ALBERT L. JACOBS, JR., *Admitted Pro Hac Vice*
   albert.Jacobs@troutmansanders.com
6  DANIEL A. LADOW, *Admitted Pro Hac Vice*
   daniel.ladow@troutmansanders.com
7  TROUTMAN SANDERS LLP
   The Chrysler Building, 405 Lexington Avenue
8  New York, NY 10174
   Telephone:    (212) 704-6000
9  Facsimile:    (212) 704-6288

10 *Attorneys for Plaintiff*
   *Orinda Intellectual Properties USA Holding Group, Inc.*

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14               SAN FRANCISCO DIVISION

15

16 ORINDA INTELLECTUAL                  Case No. C 09-04920 EDL
   PROPERTIES USA HOLDING GROUP,
17 INC.,                                Hon. Elizabeth D. Laporte

18              Plaintiff,              ~~[PROPOSED]~~ **ORDER GRANTING
                                        STIPULATION FOR A STAY AND TO
19         v.                           CONTINUE DEADLINES FOR
                                        OPPOSITION AND REPLY BRIEFS ON
20 SONY CORPORATION, et al.,            DEFENDANTS' MOTION TO STAY**

21              Defendants.

22

23

24

25

26

27

28

1038122v1

[PROPOSED] ORDER GRANTING STIPULATION FOR A STAY AND TO      CASE NO. C 09-04920 EDL
CONTINUE DEADLINES RE DEFENDANTS' MOTION TO STAY

1    Upon consideration of the parties' stipulation to stay this case and extend the deadlines,

2    the Court orders as follows:

3        1.    A two-month stay of the proceedings in this case;

4        2.    Plaintiff's opposition to Defendants' motion to stay would be due on July 26,

5    2010, and Defendants' reply brief would be due on August 4, 2010; and

6        3.    The Initial Case Management Conference currently scheduled for July 13, 2010 at

7    10:00 am is hereby continued to September 14, 2010 at 10:00 a.m.

8        PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10   DATED: ___May 11___, 2010          _Elizabeth D. Laporte_____
                                        Hon. Elizibeth D. Laporte
11                                      United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1038122v1                          - 1 -
[PROPOSED] ORDER GRANTING STIPULATION FOR A STAY AND TO          CASE NO. C 09-04920 EDL
CONTINUE DEADLINES RE DEFENDANTS' MOTION TO STAY