1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORINDA INTELLECTUAL PROPERTIES,

          Plaintiff,

      v.

SONY CORPORATION,

          Defendant.

_____/

No. C 09-04920 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendants' Motion to Stay scheduled for June 8, 2010 is continued to **August 24, 2010 at 2:00 p.m.** before Judge Laporte in Courtroom E, 15th Flor, 450 Golden Gate Avenue, San Francisco.

Dated: May 14, 2010

                                 FOR THE COURT,
                                 Richard W. Wieking, Clerk

                    by: _____
                              Lili M. Harrell
                              Courtroom Deputy