**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORINDA INTELLECTUAL PROPERTIES
USA HOLDING GROUP, INC.,

    Plaintiff,

v.

SONY ELECTRONICS CORP.; SONY
COMPUTER ENTERTAINMENT, INC.; and
SONY COMPUTER ENTERTAINMENT
AMERICA, INC.,

    Defendants.
                                       /

No. C-09-04920  EDL

**ORDER REQUIRING STATUS UPDATE**

On August 11, 2010, this Court granted Defendant Sony Corporation and its affiliates' Motion to Stay the Proceeding Pending Reexamination.  The case has now been stayed for almost two years without any update on the status of the re-examination process.  The Court hereby Orders the parties to submit a joint status update on the re-examination process and the parties' respective positions on whether the stay should remain in place by June 28, 2012.

**IT IS SO ORDERED.**

Dated: June 14, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge