IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORINDA INTELLECTUAL PROPERTIES
USA HOLDING GROUP, INC.,

    Plaintiff,

  v.

SONY ELECTRONICS CORP.; SONY COMPUTER ENTERTAINMENT, INC.; and SONY COMPUTER ENTERTAINMENT AMERICA, INC.,

    Defendants.
                                     /

No. C-09-04920 EDL

**ORDER REQUIRING STATUS UPDATE**

On August 11, 2010, this Court granted Defendant Sony Corporation and its affiliates' Motion to Stay the Proceeding Pending Reexamination. On June 26, 2012, the parties informed the Court that an appeal was pending before the Patent and Trademark Office ("PTO") and the parties requested that the stay remain in place through the pendency of the appeal. The case has now been stayed for approximately two and a half years. The Court hereby Orders the parties to submit a joint status update on the re-examination process and the parties' respective positions on whether the stay should remain in place by no later than February 22, 2013. Going forward, the parties shall provide status updates to the Court at regular four-month intervals, unless the status of the case changes or the PTO takes some action on the re-examination process earlier, in which case the parties shall provide a status update to the Court as soon as possible following the status change or PTO action.

**IT IS SO ORDERED.**

Dated: February 13, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge